IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:05CR431
                              )
      v.                      )
                              )
OSCAR GONZALEZ-CARAPIA,       )        ORDER
                              )
            Defendant.        )
_____)
```

The Court has been advised that defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, February 24, 2006, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 14th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court